**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MALIBU MEDIA, LLC,

        Plaintiff,

  v.

JOHN DOE, subscriber assigned IP address 71.201.3.107,

        Defendant.

Civil Action No. 1:14-cv-06391
Judge Sharon Johnson Coleman

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.201.3.107. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October __15__, 2014

        Respectfully submitted,

        By: ___/s/ *Mary K. Schulz*___
        Mary K. Schulz
        Schulz Law, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email: SchulzLaw@me.com
        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October_15___, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                     By: _/s/ *Mary K. Schulz*_____
                                                                                     Mary K. Schulz